No. 674. ALEXANDER *v.* IRVING TRUST CO., EXECUTOR, ET AL. C. A. 2d Cir. Certiorari denied. *Richard J. Mackey* for petitioner. *David Asch* for respondents.

No. 678. HAMMETT *v.* TIMES-HERALD, INC. C. A. 4th Cir. Certiorari denied. *William H. McGrath* for petitioner. *John Henry Lewin* and *Perry S. Patterson* for respondent.

No. 679. PALMER ET UX. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 680. VALDEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Archibald Palmer* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 683. MOFFETT, EXECUTRIX, *v.* COMMERCE TRUST CO. Supreme Court of Missouri. Certiorari denied. *Martin J. O'Donnell* for petitioner. *Charles M. Blackmar* and *Philip J. Close* for respondent.

No. 685. ALPHA BETA FOOD MARKETS, INC. ET AL. *v.* RETAIL CLERKS UNION LOCAL No. 770 ET AL. Supreme Court of California. Certiorari denied. *Harold F. Collins* for petitioners. *George E. Bodle* and *Thurman Arnold* for respondents.

No. 687. ESTEP ET UX. *v.* DECKER, SHERIFF. C. A. 5th Cir. Certiorari denied. *Louis W. Woosley* for petitioners.